# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

COPIERS NORTHWEST, INC., a
Washington corporation,

        Appellant,

        v.

GIFFORD SILVER,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 75126-3

DIVISION ONE

UNPUBLISHED OPINION

FILED: MAY 09 2016

PER CURIAM. Appellant Copiers Northwest, Inc. and respondent Gifford Silver have agreed and stipulated that the trial court orders denying a motion for a change of judge and vacating default should be reversed without prejudice for Gifford to re-note a motion to vacate default before a different judge. The parties also stipulate that costs of $490 should be awarded to Copiers Northwest. We accept the parties' stipulation. The trial court orders denying a motion for a change of judge and vacating default are reversed, and the matter is remanded to the trial court before a different trial judge for further proceedings without prejudice for Gifford to re-note a motion to vacate default. Costs of $490 are awarded to Copiers Northwest. Silver should pay the amount.

Reversed and remanded.

For the court:

_____

_____

Trickey, ACJ